No. 302. PORRATA Y VEVE *v.* FAJARDO SUGAR CO. ET AL. Supreme Court of Puerto Rico. Certiorari denied. *Santos P. Amadeo* for petitioner.

No. 306. WALSH *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 310. CARNAL *v.* ARKANSAS. Supreme Court of Arkansas. Certiorari denied. *Charles J. Lincoln* for petitioner.

No. 313. RIPPLE SOLE CORP. *v.* AMERICAN BILTRITE RUBBER CO., INC. C. A. 1st Cir. Certiorari denied. *Edwin J. Balluff, Warren C. Horton* and *Irving U. Townsend, Jr.* for petitioner. *Melvin R. Jenney* for respondent.

No. 320. E. J. LAVINO & CO. *v.* UNITED STATES LINES CO. C. A. 3d Cir. Certiorari denied. *Michael A. Foley* for petitioner. *Mark D. Alspach* and *Robert Cox* for respondent.

No. 221. MILANOVICH *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Calvin H. Childress* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *J. F. Bishop* for the United States.